[Dodinscf] [Order Disapproving Application to Pay Installments]

ORDERED.

Dated: September 11, 2015

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                          Case No. 6:15–bk–07714–CCJ
                                                Chapter 13
Patchaimmal Benjamin

_____Debtor*_____/

### ORDER DISAPPROVING APPLICATION TO PAY FILING FEES IN INSTALLMENTS

THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Pay Filing Fees in Installments, Document No. 2 (the "Application"). The Court has considered the Application, together with the record, and finds that the Debtor:

☐ is a corporation or partnership

☐ paid the filing fee in full

☑ failed to pay the full filing fee in prior bankruptcy case number(s) 6:14–bk–08978–CCJ

Accordingly, it is

**ORDERED:**

1. The Application is Disapproved.

2. The Debtor is directed to pay the remaining balance of the filing fees, $ 310.00 within fourteen (14) days from the date of this Order by cashier's check or money order delivered to:

Clerk, U.S. Bankruptcy Court,
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

    3. If the Debtor fails to pay the filing fee, the Court may enter an order dismissing the case for failure to pay the required fee or may withhold the Debtor's Discharge.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.