ORDERED.

**Dated:  September 30, 2015**

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

PATCHAIMMAL BENJAMIN,                    Chapter 13
                                        Case No.:  6:15-bk-07714-CCJ

        Debtor.
_____/

ORDER VACATING ORDER DISAPPROVING
APPLICATION TO PAY FILING FEES IN INSTALLMENTS

        This case came before the Court on the Court's own Motion.  The Order Disapproving

Application to Pay Filing Fees in Installments (Doc. No. 7; the "Order") was signed by the Court

in error and entered September 11, 2015.   Accordingly, it is

        ORDERED that the Order (Doc. No. 7) is vacated.


Clerk's office to serve