[6ocdmrc] [ORDER CONDITIONALLY DENYING MOTION TO RECONSIDER/REINSTATE]

ORDERED.

Dated: October 21, 2015

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 6:15−bk−07714−CCJ
                                                                                         Chapter 13
Patchaimmal Benjamin

_____Debtor*_____/

ORDER CONDITIONALLY DENYING MOTION TO REINSTATE CASE

   THIS CASE came on for consideration on the Debtor's Motion to REINSTATE CASE (Document No. 20 ). After reviewing the record, the Court finds that the Motion is Conditionally Denied, as the clerk has noted deficiencies to the petition and/or schedules of this debtor(s) as indicated below.

Chapter 13 Plan, Schedules A−J, Declaration Concerning Schedules, Statement of Financial Affairs, Statement of Monthly Income and Disposable Income Calculation, list of creditors

   Accordingly, it is

      ORDERED:

      1. If the debtor(s) do not file appropriate documents with the Court within 28 days of the entry of this order, Motion is denied without further notice of hearing.

      2. If the debtor(s) do file timely documents, the Court will review the pleadings and enter appropriate order.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.